

# In the Missouri Court of Appeals
# Eastern District

NOVEMBER 18, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED100911    PAMELA DAVIS, APP V. BARNES-JEWISH, ET AL, RES

2.      ED101167 IN THE INTEREST OF:  C.A.T.

3.      ED101232 DANIEL BAKER, RES V DIRECTOR OF REVENUE, APP


**WITHDRAWAL(S)**:

1.      ED100555 STATE OF MISSOURI, RES V BRAD J. JULIUS, APP